DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAKYJA KEARNEY,**
Appellant,

v.

**THE STANDARD FIRE INSURANCE COMPANY,**
Appellee.

No. 4D2024-2764

[February 12, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Theresa Mollica, Judge; L.T. Case No. COINX23060820.

John Christopher Daly, Jr. and Matthew Christian Barber of Daly & Barber, P.A., Plantation, for appellant.

Abbi Freifeld Carr, Kevin Michael Puntney, Samantha P. Mizeras, and Veresa Jones Adams of Roig Lawyers, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***